BLANCHE WALDMAN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANDREW ANTONOPOULOS, Appellant, v. CONSTANTINE COSMAS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAISY GARRISON, Respondent, v. CARRIE M. SCHMUCK, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,157.55; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CONSTANTINE ZAMBOUNIS, Appellant.*— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PHOTOMATON OPERATING CORPORATION, Appellant, v. PHOTOMOVETTE, INC., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN BERNSTEIN, Appellant, Impleaded, etc.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MILDRED LEVY, Respondent, v. BEN SCHECHTMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL LEVY, Respondent, v. BEN SCHECHTMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB GROSSMAN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LILLIAN C. WHITEHEAD, as Administratrix, etc., of HARRIET C. GINSBERG, Formerly HARRIET C. WHITEHEAD, etc., Deceased, Appellant, v. GEORGE WHITEHEAD, Respondent, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Opening and Extending of Schley Avenue from Throgs Neck Boulevard to Shore Drive; Randel Avenue, from Throgs Neck Boulevard to the Mean High Water Line of Eastchester Bay; Philip Avenue from Throgs Neck Boulevard to the Mean High Water Line of Eastchester Bay, etc.— Final decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DOWNTOWN GARAGE, INC., Respondent, v. THE FARMERS' LOAN AND TRUST COMPANY and Another, as Trustees, etc., of JAMES F. McGUIRE, Deceased, and Others, Defendants, Impleaded with ANNA C. M. WALDIE and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

---

* Revd., 251 N. Y. 94.